FILED
12/21/2021 10:23 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L012668

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANDREA RESENDIZ,

    Plaintiff,

v.

FANNIE ELAM and LYFT, INC., a
Delaware Corporation,

    Defendants.

NO. 2021L012668

## COMPLAINT AT LAW

NOW COMES the plaintiff, ANDREA RESENDIZ, by and through her attorneys, GORDON AND CENTRACCHIO, L.L.C., and complaining of the Defendants, FANNIE ELAM and LYFT, INC., a Delaware Corporation, alleges as follows:

### COUNT I – NEGLIGENCE
### (ANDREA RESENDIZ v. FANNIE ELAM)

1. That on or about December 13, 2021, Torrence Avenue was a public thoroughfare running in a general northerly and southerly direction in the City of Calumet City, County of Cook and State of Illinois.

2. That on or about December 13, 2021, the Plaintiff, ANDREA RESENDIZ, operated, maintained and controlled her vehicle in a general southerly direction on Torrence Avenue at or near 1490 Torrence Avenue in the aforementioned City, County and State, and at all times relevant herein, the Plaintiff, ANDREA RESENDIZ, was in the exercise of ordinary care for her own safety and the safety of others rightfully on said roadway.

3. That at the aforementioned time and place, the Defendant, FANNIE ELAM, owned, operated, maintained and controlled her motor vehicle in a generally southerly direction on Torrence

Exhibit A

FILED DATE: 12/21/2021 10:23 AM  2021L012668

Avenue at or 1490 Torrence Avenue in the aforementioned City, County, and State.

4. That at the aforesaid time and place, the motor vehicle of the Defendant, FANNIE ELAM, struck the rear of the motor vehicle being operated by the Plaintiff, ANDREA RESENDIZ.

5. That at all times relevant herein, the Defendant, FANNIE ELAM, owed a duty to the general public and specifically the Plaintiff herein, to use reasonable care in the operation of her motor vehicle on the public streets.

6. Yet, notwithstanding said duty, the Defendant, FANNIE ELAM, was then and there guilty of one or more of the following wrongful acts:

    (a) Carelessly and negligently caused injury to the Plaintiff;

    (b) Carelessly and negligently struck the rear of Plaintiff's motor vehicle;

    (c) Carelessly and negligently operated said motor vehicle too close to the motor vehicle in front of her in violation of 625 ILCS 5/11-710;

    (d) Carelessly and negligently failed to keep a proper lookout for other vehicles on said roadway;

    (e) Carelessly and negligently failed to avoid an accident;

    (f) Carelessly and negligently failed to keep proper control over her motor vehicle;

    (g) Carelessly and negligently failed to give an audible warning when danger of collision was imminent;

    (h) Carelessly and negligently failed to decrease the speed of her motor vehicle when approaching an intersection in violation of 625 ILCS 5/11-601;

    (i) Carelessly and negligently operated said motor vehicle at a high and dangerous rate of speed contrary to and in violation of 625 ILCS 5/11-601;

    (j) Carelessly and negligently operated said motor vehicle with brakes insufficient to stop and hold said motor vehicle;

    (k) Was otherwise careless and negligent in the operation of her motor vehicle.

7. That as a direct and proximate result of one or more of the aforesaid wrongful acts of the Defendant, FANNIE ELAM, the Plaintiff, ANDREA RESENDIZ sustained injuries, was

Exhibit A

FILED DATE: 12/21/2021 10:23 AM  2021L012668

obligated to spend large sums of money for medical care and attention, and was otherwise deprived of great gains which would have made and acquired as a result of said injuries.

WHEREFORE, the plaintiff, ANDREA RESENDIZ, prays for judgment against the Defendant, FANNIE ELAM, in an amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), plus costs of this suit.

<u>**COUNT II – RESPONDEAT SUPERIOR**</u>
**(ANDREA RESENDIZ v. LYFT, INC.)**

1. That the Defendant, LYFT, INC., is a Delaware corporation registered and doing business in the State of Illinois.

2. That on and before December 13, 2021, the Defendant, LYFT, INC., operated a ride share service and did so within the County of Cook and State of Illinois.

3. That on or about December 13, 2021, Torrence Avenue was a public thoroughfare running in a general northerly and southerly direction in the City of Calumet City, County of Cook and State of Illinois.

4. That on or about December 13, 2021, the Plaintiff, ANDREA RESENDIZ, operated, maintained and controlled her vehicle in a general southerly direction on Torrence Avenue at or near 1490 Torrence Avenue in the aforementioned City, County and State, and at all times relevant herein, the Plaintiff, ANDREA RESENDIZ, was in the exercise of ordinary care for her own safety and the safety of others rightfully on said roadway.

5. That at the aforementioned time and place, the Defendant, FANNIE ELAM, owned, operated, maintained and controlled her motor vehicle in a generally southerly direction on Torrence Avenue at or 1490 Torrence Avenue in the aforementioned City, County, and State.

6. That at the aforesaid time and place, the motor vehicle of the Defendant, FANNIE ELAM,

Exhibit A

FILED DATE: 12/21/2021 10:23 AM  2021L012668

struck the rear of the motor vehicle being operated by the Plaintiff, ANDREA RESENDIZ.

7. That at the aforesaid time and place, the Defendant, FANNIE ELAM, was an employee or agent of the Defendant, LYFT, INC., and was operating said vehicle in the course of and within the scope of said agency.

8. That at all times relevant herein, the Defendant, LYFT, INC., by and through its duly authorized employee or agent, FANNIE ELAM, owed a duty to the general public and specifically the Plaintiff herein, to use reasonable care in the operation of her motor vehicle on the public streets.

9. Yet, notwithstanding said duty, the Defendant, LYFT, INC., through the acts or omissions of its employee or agent, FANNIE ELAM, was then and there guilty of one or more of the following wrongful acts:

   (a) Carelessly and negligently caused injury to the Plaintiff;

   (b) Carelessly and negligently struck the rear of Plaintiff's motor vehicle;

   (c) Carelessly and negligently operated said motor vehicle too close to the motor vehicle in front of her in violation of 625 ILCS 5/11-710;

   (d) Carelessly and negligently failed to keep a proper lookout for other vehicles on said roadway;

   (e) Carelessly and negligently failed to avoid an accident;

   (f) Carelessly and negligently failed to keep proper control over her motor vehicle;

   (g) Carelessly and negligently failed to give an audible warning when danger of collision was imminent;

   (h) Carelessly and negligently failed to decrease the speed of her motor vehicle when approaching an intersection in violation of 625 ILCS 5/11-601;

   (i) Carelessly and negligently operated said motor vehicle at a high and dangerous rate of speed contrary to and in violation of 625 ILCS 5/11-601;

   (j) Carelessly and negligently operated said motor vehicle with brakes insufficient to stop and hold said motor vehicle;

Exhibit A

FILED DATE: 12/21/2021 10:23 AM 2021L012668

(k) Was otherwise careless and negligent in the operation of her motor vehicle.

10. That as a direct and proximate result of one or more of the aforesaid wrongful acts of the Defendant, LYFT, INC., the Plaintiff, ANDREA RESENDIZ sustained injuries, was obligated to spend large sums of money for medical care and attention, and was otherwise deprived of great gains which would have made and acquired as a result of said injuries.

WHEREFORE, the plaintiff, ANDREA RESENDIZ, prays for judgment against the Defendant, LYFT, INC., a Delaware Corporation, in an amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), plus costs of this suit.

> GORDON & CENTRACCHIO, L.L.C.
>
> _____
> LAWRENCE G. GORDON

GORDON & CENTRACCHIO, L.L.C.
Attorneys for Plaintiff
211 W. Wacker Dr. Suite 550
Chicago, IL 60606
(312) 332-2490
Atty. No. 36504
j.gordon@gnclaw.com

Exhibit A



# Search Results

By using this search tool, you acknowledge that you understand that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

**Case Number**
2021L012668

| Sheriff Number | Name | Address | Status |
|---|---|---|---|
| 50129385 | ELAM, FANNIE | 4000 E 134th St, Trlr 77, Chicago, IL 60633 | PENDING |

**Case Number**
2021L012668

| Sheriff Number | Name | Address | Status |
|---|---|---|---|
| 50129386 | LYFT INC | 208 S LaSalle St, Suite 814, Chicago, IL 60604 | SERVED |

| Service Date | Service Type | Served On | Remarks |
|---|---|---|---|
| 01/06/2022 09:55 AM | Service on a Corporation/Company/Business/Partnership | DERRICK HACKETT<br>Race: Black<br>Gender: Male | |

[Search Again]

Exhibit B



| Case Information Summary for Case Number<br>2021-L-012668 |
|---|

Filing Date: 12/21/2021

Division: Law Division

Ad Damnum: $0.00

Case Type: Motor Vehicle - Non Jury

District: First Municipal

Calendar: B

### Party Information

**Plaintiff(s)**
Resendiz, Andrea

**Attorney(s)**

**Defendant(s)**
Elam, Fannie

**Defendant Date of Service**

**Attorney(s)**

### Case Activity

Activity Date: 12/21/2021     Participant: Resendiz, Andrea

Personal Injury (Motor Vehicle) Complaint Filed

Activity Date: 12/21/2021     Participant: Resendiz, Andrea

Summons Issued And Returnable

Activity Date: 12/21/2021     Participant: Resendiz, Andrea

Summons Issued And Returnable

Activity Date: 12/21/2021     Participant: Resendiz, Andrea

New Case Filing

Date: 02/24/2022
Court Time: 0930
Court Room: 2202

Activity Date: 12/22/2021     Participant: Resendiz, Andrea

Exhibits Filed

Exhibit C

Activity Date: 12/22/2021        Participant: Resendiz, Andrea

Notice Of Motion Filed

Activity Date: 12/22/2021        Participant: Resendiz, Andrea

Emergency Motion Filed

Activity Date: 12/23/2021        Participant: Resendiz, Andrea

Protective Order - Allowed -

Judge: CLEARY, GERALD V

[Back to Top]

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Exhibit C

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

IY003 * X002477605 *

| Field | Value |
|---|---|
| DRAC U1 | 1 |
| DRAC U2 | 1 |
| TRFD | 1 |
| TRFC | 1 |
| WEAT | 1 |
| DRVA U1 | 16 |
| DRVA U2 | 1 |
| VIS U1 | 1 |
| VIS U2 | 1 |
| VEHD U1 | 1 |
| VEHD U2 | 1 |
| LGHT | 5 |
| COLL | 11 |
| MANV U1 | 1 |
| MANV U2 | 11 |

**INVESTIGATING AGENCY:** Calumet City PD
**DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:** ☑ OVER $1,500
**TYPE OF REPORT:** ☑ ON SCENE
☑ B Injury and / or Tow Due to Crash
**YR:** 21
**AGENCY CRASH REPORT NO.:** 21-47041
**TRFW:** 3
**VEHT:** 1

**ADDRESS NO.:** 1490
**HIGHWAY OR STREET NAME:** TORRENCE AVE
☑ City **CALUMET CITY**
**INTERSECTION RELATED:** ☑ N
**DATE OF CRASH:** 12/13/2021
**TIME:** 7:46 ☑ PM
**SECONDARY CRASH:** ☑ NO
**U1:** 15

**PRIVATE PROPERTY:** ☑ N
**COUNTY:** COOK
**DOORING WITH PEDALCYCLIST?:** ☑ N
**HIT & RUN:** ☑ N
**# OF MOTOR VEHICLES INVLD:** 2
**FLOW CONDITION:** ☑ FREE FLOW
**U2:** # LNS 2

## UNIT 1

☑ DRIVER
**NAME (LAST, FIRST, M):** ELAM, FANNIE
**DATE OF BIRTH:** 4/14/1958
**MAKE:** HYUNDAI **MODEL:** SONATA **YEAR:** 2017
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):** 11, 12, 1
**TOWED DUE TO CRASH:** Y
**U1:** 2

**STREET ADDRESS:** 4000 E 134TH ST TRLR 77
**SEX:** F **SAFT:** 2 **AIR:** 5
**AUTOMATION SYSTEM:** NO
**LEVEL IN VEH.:** 0 **LEVEL ENGAGED AT CRASH:** 0
**FIRE:** N **DISTRACTED:** N
**U2:** 2

**CITY:** CHICAGO **STATE:** IL **ZIP:** 60633
**INJ:** C **EJCT:** 1 **EPTH:** 0
**PLATE NO.:** CV23899 **STATE:** IL **YEAR:** 2022
**POINT OF FIRST CONTACT:** 12
**COM VEH:** N
**ALIGN U1:** 1

**PHONE NUMBER:** (773) 230-7417
**DRIVER LICENSE NO.:** E450-2405-8707
**STATE:** IL **CLASS:** B **CDL ID:** 7
**VIN:** 5NPE24AF8HH494620
**INSURANCE CO.:** Liberty Mutual
**EXPIRED:** N
**U2:** 1

**EMS AGENCY:** Calumet City Fire Department
**PEDV:** 9 **PPA:** 99 **PPL:** 9
**VEHICLE OWNER:** ELAM, FANNIE
**POLICY NO.:** A012435054567011
**RSUR:** 1

**HOSPITAL (TAKEN TO):** St. Margaret's Hospital
**INCIDENT RESPONDER:** Y  **IF "Y":** 1
**OWNER STREET, CITY, STATE, ZIP:** 4000 E 134TH ST TRLR 77 CHICAGO, IL 60633
**PHONE NUMBER:** (773) 230-7417

## UNIT 2

☑ DRIVER
**NAME (LAST, FIRST, M):** RESENDIZ, ANDREA N
**DATE OF BIRTH:** 5/3/1991
**MAKE:** JEEP **MODEL:** PATRIOT **YEAR:** 2015
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):** 6
**TOWED DUE TO CRASH:** N
**U1:** 2

**STREET ADDRESS:** 4333 BARING AVE
**SEX:** F **SAFT:** 2 **AIR:** 4
**AUTOMATION SYSTEM:** NO
**LEVEL IN VEH.:** 0 **LEVEL ENGAGED AT CRASH:** 0
**FIRE:** N **DISTRACTED:** N
**SPDR U2:** 0

**CITY:** EAST CHICAGO **STATE:** IN **ZIP:** 46312
**INJ:** C **EJCT:** 1 **EPTH:** 0
**PLATE NO.:** NGV317 **STATE:** IN **YEAR:** 2022
**POINT OF FIRST CONTACT:** 6
**COM VEH:** N
**U1:** 0

**PHONE NUMBER:** (708) 248-0585
**DRIVER LICENSE NO.:** 8973390178
**STATE:** IN **CLASS:** **CDL ID:** 0
**VIN:** 1C4NJPBA3FD414005
**INSURANCE CO.:** American Credit
**EXPIRED:** N
**U2:** 0

**EMS AGENCY:** Calumet City Fire Department
**PEDV:** 9 **PPA:** 99 **PPL:** 9
**VEHICLE OWNER:** RESENDIZ, ANDREA N
**RDEF:** 1

**HOSPITAL (TAKEN TO):** St. Margaret's Hospital
**INCIDENT RESPONDER:** N
**OWNER ADDRESS:** 4333 BARING AVE EAST CHICAGO, IN 46312
**PHONE NUMBER:** (708) 248-0585
**BAC:** 996

## PASSENGERS & WITNESSES ONLY

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT | EPTH | NAME / ADDR / TEL | HOSP | EMS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 2/26/2000 | F | 9 | 4 | C | 1 | 0 | DANIELS, NIKEYANNA E, 456 E 170TH ST SOUTH HOLLAND, IL 60473 / (708) 261-3507 | St. Margaret's Hospital | Calumet City Fire Department |

**U1:** 996 **# OCCS U2:** 2 / 1

## UNIT 1 EVENTS

| EVNO | MOST | EVNT | LOC |
|---|---|---|---|
| 1 | ☑ | 11 | 1 |
| 2 | ☐ | | |
| 3 | ☐ | | |

**DAMAGED PROPERTY OWNER NAME:** 
**POLICE NOTIFIED:** 12/13/2021 **TIME:** 7:46 PM
**Did crash occur in a Work Zone?:** N
**DIRP:** 5

**PROPERTY OWNERS ADDRESS:** 
**PRIMARY:** 03 **SECONDARY:** 99
**EMS NOTIFIED:** 
**U1:** 5

☐ CITATIONS ISSUED ☐ PENDING
**SECTION:** **CITATION NO.:** 
**EMS ARRIVED:** 
**U2:** 5

## UNIT 2 EVENTS

| EVNO | MOST | EVNT | LOC |
|---|---|---|---|
| 1 | ☑ | 11 | 1 |
| 2 | ☐ | | |
| 3 | ☐ | | |

☐ CITATIONS ISSUED ☐ PENDING
**ROAD CLEARANCE:** 
**SLMT:** 40
**U1:** 10

**OFFICER ID.:** 238 **SIGNATURE:** John Henderson
**BEAT / DIST.:** BEAT4
**SUPERVISOR ID.:** Mike Serrano, 210
**COURT DATE:** 
**Workers present?:** N

Exhibit D

**X002477605**

A **Diagram** and **Narrative** are required on all **Type B** crashes, **even if** units have been moved prior to the officer's arrival.

Diagram Drawn Not To Scale

(Diagram shows Unit 1 striking rear of Unit 2, both S/B on Torrence Ave at 1490 Torrence, with North arrow pointing up.)

**NARRATIVE** (refer to vehicle by unit #)

An accident occurred in front of 1490 Torrence Ave.

The driver of Unit 1 related the following in summary: Unit 1 was traveling S/B on Torrence approaching 1490 Torrence. While driving, Unit 1 struck the rear end of Unit 2. It appeared that Unit 2 was stopped with the hazard lights on.

The driver of Unit 2 related the following in summary: Unit 2 was traveling S/B on Torrence and came to a complete stop in front of 1490 Torrence Ave. While stopped, Unit 2 was struck in the rear by Unit 1.

**LOCAL USE ONLY**

N 41.5915
W -87.5600

U1 Race:     U2 Race: **H**

| U1 COLOR | **Red** | U2 COLOR | **White** | U1 Drug 1 | **000** | U1 Drug 2 | **000** | U2 Drug 1 | **000** | U2 Drug 2 |
|---|---|---|---|---|---|---|---|---|---|---|

U1 TOWED DUE TO: ☑ DISABLING DAMAGE ☐ NOT DISABLING DAMAGE    DAMAGE EXTENT: **3**    U1 TOWED BY / TO: **Wess Towing**

U2 TOWED DUE TO: ☐ DISABLING DAMAGE ☐ NOT DISABLING DAMAGE    DAMAGE EXTENT:    U2 TOWED BY / TO:

---

**LARGE TRUCK, BUS, OR HM VEHICLE**

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination): or

2. Is used or designed to transport more than 15 passengers including the driver (example: shuttle or charter bus): or

3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van type vehicle or passenger car): or

4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose): or

5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

UNIT ____

CARRIER NAME ____

ADDRESS ____

CITY/STATE/ZIP ____

MOTOR CARR. ID    ☐ Interstate    ☐ Intrastate
                   ☐ Not In Comm./Govt.    ☐ Not In Comm./Other

USDOT NO. ____ ILLCC NO. ____

Source of above
☐ Side of Truck   ☐ Papers   ☐ Driver   ☐ Log Book

GVWR/GCWR
☐ <10,000   ☐ 10,000 - 26,000   ☐ >26,000

Were HAZMAT placards on vehicle?   ☐ Yes   ☐ No
If yes, name on placard ____
4 digit UN NO. ____   1 digit Hazard Class NO. ____

Did HAZMAT Spill from vehicle (do NOT consider FUEL from vehicle's own tank)?   ☐ Yes   ☐ No   ☐ Unknown

Did HAZMAT Regulations violation contribute to the crash?
☐ Yes   ☐ No   ☐ Unknown

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash?   ☐ Yes   ☐ No   ☐ Unknown

Was a Driver/Vehicle Examination Report form completed?
HAZMAT   ☐ Yes   ☐ No   ☐ Unknown   Out of Service   ☐ Yes   ☐ No
MCS   ☐ Yes   ☐ No   ☐ Unknown   Out of Service   ☐ Yes   ☐ No

Form Number ____

IDOT PERMIT NO. ____   WIDELOAD? ☐ Y   ☐ N
TRAILER VIN 1 ____
TRAILER VIN 2 ____

| TRAILER WIDTH(S) | 0 - 96" | 97 - 102" | > 102" |
|---|---|---|---|
| TRAILER 1 | ☐ | ☐ | ☐ |
| TRAILER 2 | ☐ | ☐ | ☐ |

TRAILER LENGTH(S) 1 ____ ft   2 ____ ft
TOTAL VEHICLE LENGTH ____ ft   NO. OF AXLES ____

SELECT CODES FROM BACK OF CRASH BOOKLET
VEHICLE CONFIG. ____ CARGO BODY TYPE ____ LOAD TYPE ____

Exhibit D

cyberdriveillinois.com is now ilsos.gov



## Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 69753604 |
| Entity Name | LYFT, INC. |
| Foreign Assumed Name | LYFT ILLINOIS, INC. |
| Status | ACTIVE |

### Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
FOREIGN BCA

**Qualification Date (Foreign)**
Thursday, 16 October 2014

**State**
DELAWARE

**Duration Date**
PERPETUAL

<span style="color:red">Exhibit E</span>

## Agent Information

| | |
|---|---|
| Name | C T CORPORATION SYSTEM |
| Address | 208 SO LASALLE ST, SUITE 814<br>CHICAGO , IL 60604 |
| Change Date | Wednesday, 20 September 2017 |

## Annual Report

| | |
|---|---|
| Filing Date | Wednesday, 1 September 2021 |
| For Year | 2021 |

## Officers

**President**
Name & Address
JOHN ZIMMER 185 BERRY ST STE 5000 SAN FRANCISCO CA 94107

**Secretary**
Name & Address
KRISTIN SVERCHEK 185 BERRY ST #5000 SAN FRANCISCO CA 94107

Return to Search

File Annual Report
Adopting Assumed Name
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.    Wed Jan 12 2022

Exhibit E